PAUL HASTINGS LLP
ELENA R. BACA (SB# 160564)
elenabaca@paulhastings.com
RYAN D. DERRY (SB# 244337)
ryanderry@paulhastings.com
515 South Flower Street, 25th Floor
Los Angeles, CA  90071-2228
Telephone:  (213) 683-6000
Facsimile:  (213) 627-0705

Attorneys for Defendants
VIACOM INC., and BLACK
ENTERTAINMENT TELEVISION LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOLA MASHARIKI,<br><br>                    Plaintiff,<br><br>          vs.<br><br>VIACOM INC.; BLACK<br>ENTERTAINMENT TELEVISION<br>LLC; Stephen Hill, and DOES 1 through<br>50, inclusive,<br><br>                    Defendants. | CASE NO. 2:17-cv-03366 PSG (ASx)<br><br>**DEFENDANT BLACK<br>ENTERTAINMENT TELEVISION<br>LLC'S NOTICE OF MOTION<br>AND MOTION TO DISMISS<br>PURSUANT TO FEDERAL RULE<br>OF CIVIL PROCEDURE 12(b)(6)**<br><br>Date:        July 17, 2017<br>Time:        1:30 p.m.<br>Place:       Courtroom 6A<br>Judge:      Hon. Philip S. Gutierrez<br><br>Complaint filed:  May 3, 2017 |

TO PLAINTIFF ZOLA MASHARIKI AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 17, 2017, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 6A of this Court, located at 350 West 1st Street, 6th Floor, Los Angeles, CA 90012-4565, before the Honorable Philip S. Gutierrez, Defendant Black Entertainment Television LLC ("BET") will and hereby does move this Court for an order pursuant to Rule 12(b)(6):

- Dismissing Mashariki's Complaint in its entirety and instructing Mashariki to amend—except as to the claims for relief dismissed with prejudice—because her Complaint fails to state a claim for which relief can be granted because it evidences a "shotgun pleading" that fails to comply with pleading requirements under *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007).
- Dismissing, with prejudice, Mashariki's second claim for relief for hostile work environment under Title VII, 42 U.S.C. §§ 2000e, *et seq*., as asserted against BET's former executive, Stephen Hill.  As a matter of law, Hill cannot be individually liable under Title VII for environmental harassment.  *See Miller v. Maxwell International, Inc.*, 991 F.2d 583, 587 (9th Cir. 1993) (holding no individual liability under Title VII).
- Dismissing, with prejudice, Mashariki's eighth claim for relief for gender discrimination under the California Fair Employment and Housing Act, California Government Code §§ 12940, *et seq*. ("FEHA"), as asserted against BET's former executive, Stephen Hill. As a matter of law, Hill cannot be individually liable under FEHA for gender discrimination.  *See Janken v. GM Hughes Elecs.*, 436 Cal. App. 4th 55 (1996) (holding that a plaintiff cannot assert a claim for

- 1 -

1   gender discrimination under FEHA against an individual employee

2   supervisor).

3   • Dismissing, with prejudice, Mashariki's eighteenth claim for relief for

4   defamation because the statements on which Mashariki appears to

5   assert her claim for relief do not state a cognizable claim because:

6   (i) four of the six statements allegedly made are impermissibly vague

7   and, as such, not actionable as defamation; (ii) two of the six

8   statements alleged made, as the allegations in the complaint reveal,

9   were true when made; (iii) one of two true statements, in any event, is

10  privileged under the California Civil Code section 47(c) (common

11  interest privilege); and (iv) no facts are pled to state a plausible claim

12  that, when these alleged statements were made, they were made with

13  malice as required when a public figure asserts a claim of defamation.

14

15      This Motion is made following the conference of counsel pursuant to Local

16  Rule 7-3, which took place on May 23 and 24, 2017.  This motion is based on this

17  Notice of Motion; the accompanying Memorandum of Points and Authorities;

18  Defendant BET's Request for Judicial Notice In Support of Its Motion to Dismiss

19  ///

20  ///

21  ///

22

23

24

25

26

27

28

DEFENDANT BET'S NOTICE OF MOTION
AND MOTION TO DISMISS PURSUANT
TO FRCP 12(b)(6)

1   Pursuant to Federal Rule of Civil Procedure 12(b)(6); the Court's record of this

2   action; all matters of which the Court may take notice; and all other matters

3   received by the Court at the hearing on this motion.

4

5   DATED:  May 30, 2017          PAUL HASTINGS LLP
                                   ELENA R. BACA
6                                  RYAN D. DERRY

7

8                                  By:   /s/ Elena R. Baca
                                            ELENA R. BACA
9
                                   Attorneys for Defendants
10                                 VIACOM INC. and BLACK
                                   ENTERTAINMENT TELEVISION LLC
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT BET'S NOTICE OF MOTION
AND MOTION TO DISMISS PURSUANT
TO FRCP 12(b)(6)