E-FILED 12/13/17

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOLA MASHARIKI,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>VIACOM INC.; BLACK ENTERTAINMENT TELEVISION, LLC; and STEPHEN HILL,<br><br>　　　　　Defendants. | CASE NO. 2:17-cv-03366 PSG (ASx)<br><br>[~~PROPOSED~~] **ORDER DISMISSING FIRST AMENDED COMPLAINT WITH PREJUDICE**<br><br>Judge:　　　Hon. Philip S. Gutierrez<br><br>Compl. Filed:　May 3, 2017<br>FAC Filed:　　September 14, 2017 |

# [PROPOSED] ORDER

Based on the parties' stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and good cause appearing therefor, the Court hereby orders:

1. Plaintiff Zola Mashariki's entire First Amended Complaint against Viacom Inc., Black Entertainment Television LLC, and Stephen Hill, as captioned above, including all claims alleged therein, is hereby dismissed with prejudice.

2. Each party shall bear her/his/its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: 12/13/17

PHILIP S. GUTIERREZ
HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE